UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THIAGO DOS SANTOS COELHO,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility, et al.,<br><br>Respondents. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 1:26-cv-12584-IT |

ORDER OF DISMISSAL

TALWANI, D.J.

On June 7, 2026, Petitioner filed an Emergency Petition for Writ of Habeas Corpus [Doc. No. 1], contesting the lawfulness of his detention. ICE arrested Petitioner, a citizen of Brazil, on June 5, 2026, and subsequently transported him to Plymouth County Correctional Facility, where he remains detained. Id. ¶ 1. On June 18, 2026, an Immigration Judge denied Petitioner bond, finding that he posed a danger to the community by clear and convincing evidence. Resp.'s Status Rep., Ex. 1 [Doc. No. 8-1]. On September 21, 2026, the court received a *pro se* filing from Petitioner, stating that he was ordered removed on July 9, 2026, and formally requesting dismissal of his Petition so that he may return to Brazil. Mot. to Dismiss [his] Habeas Corpus Petition [Doc. No. 9].

The court GRANTS Petitioner's Motion to Dismiss [his] Petition for a Writ of Habeas Corpus [Doc. No. 9] and vacates the Order [Doc. No. 3] staying his removal. This action is CLOSED.

IT IS SO ORDERED.

September 22, 2026

/s/ Indira Talwani
United States District Judge